ORIGINAL

FILED

SEP - 7 2017

# In the United States Court of Federal Claims

No. 17-950

(Filed: September 7, 2017)

```
************************************
                                    *
THOMAS HEATON SPITTERS,             *
                                    *
              Plaintiff,            *
                                    *
       v.                           *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
************************************
```

## ORDER OF DISMISSAL

Plaintiff, proceeding pro se, has filed this civil action against the United States of America.  In the complaint, Plaintiff charges the government with: "invasion of privacy, laying in wait (pursuant to a plan), deliberate misrepresentation and deceit, acts of violence, (suspicion of) attempted capital crime against petitioner by respondent, [and] conspiracy."  *See* Compl. at 1.

Pursuant to the Tucker Act, the Court of Federal Claims does not have jurisdiction over claims sounding in tort.  28 U.S.C. § 1491(a)(1).  *See also Brown v. United States,* 105 F.3d 621, 623 (Fed. Cir. 1997) ("[The Court of Federal Claims] lacks jurisdiction over tort actions against the United States.").  Because Plaintiff's invasion of privacy, laying in wait, misrepresentation, acts of violence, and conspiracy claims all sound in tort, this Court must **DISMISS** them for lack of jurisdiction under RCFC 12(b)(1).[1]

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

EDWARD J. DAMICH

Senior Judge

---

[1] Plaintiff's filing fee is waived for the sole purpose of resolving the jurisdictional question.